**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARMEN MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-04192 |
| | ) | |
| v. | ) | Hon. Jorge L. Alonso |
| | ) | |
| DOLLAR TREE STORES, INC., and FRANK PIERUCCI, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT ON DISCOVERY AND VENUE**

Plaintiff Carmen Muhammad ("Plaintiff"), and Defendants Dollar Tree Stores, Inc. and Frank Pierucci (collectively, "Defendants"), by their undersigned counsel, pursuant to this Court's April 28, 2021 Order (ECF Dkt. No. 154) and Joint Initial Status Report Standing Order, for their Joint Status Report on Discovery and Venue, state as follows:

**A.  Discovery and Motions**

1.  Plaintiff will seek leave from the Court to file a Second Amended Complaint by June 4, 2021, as the first two Complaints filed in this case were drafted *pro se*.

2.  Defendants respectfully request 28 days to respond to Plaintiff's motion for leave, and if the Court grants Plaintiff's motion for leave, 28 days to answer or otherwise respond to the Second Amended Complaint.

3.  The parties anticipate they will require written and oral discovery, including e-discovery (primarily emails and text messages), regarding Plaintiff's claims of discrimination and retaliation at Defendant Dollar Tree Stores, Inc., Plaintiff's alleged damages and alleged mitigation, and Defendants' alleged defenses and alleged affirmative defenses.

4. The parties propose they issue initial disclosures, pursuant to this Court's Mandatory Initial Discovery Pilot Project ("MIDP") Order, 30 days after Defendants respond to any Second Amended Complaint, and propound written discovery requests 60 days after Defendants respond to the Second Amended Complaint.

5. The parties propose fact discovery, including written and oral discovery, third-party discovery, and any e-discovery, be completed by February 4, 2022.

6. The parties will inform the Court if they anticipate the need for expert discovery on liability by October 18, 2021, and if they anticipate expert discovery on alleged damages, to be completed after the Court's ruling on any dispositive motion(s).

7. The parties propose that they file any dispositive motions 60 days after the close of fact discovery.

**B.   Venue**

1. For the reasons stated on the record in open court at the April 28, 2021 status hearing, Defendants have consented to venue in this Court, waived an evidentiary hearing regarding the parties' arbitration agreement, and waived any right to arbitrate Plaintiff's claims in this case.

2. As no motions are presently pending, the parties respectfully request the Court enter the above discovery and case management schedule and set the case for a 90-120 day status.

| | |
|---|---|
| Dated: May 7, 2021. | Respectfully submitted, |
| Plaintiff Carmen Muhammad, | Defendants Dollar Tree Stores, Inc. and Frank Pierucci, |
| By: /s/Karen J. Doran<br>One of Her Attorneys | By: /s/Daniel O. Canales<br>One of Their Attorneys |
| Karen J. Doran, Attorney at Law<br>2100 Manchester Road, Suite 1612 | Daniel O. Canales (ARDC No. 6296027)<br>Mark A. Bradford (ARDC No. 6282564) |

Wheaton, IL 60187
630.384.9367
karen@karendoranlaw.com
ARDC # 628277

Lisa L. Clay, Attorney at Law
2100 Manchester Road, Suite 1612
Wheaton, IL 60187
630.456.4818
lisa@clayatlaw.com
ARDC # 6277257

DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: 312.499.6724
Facsimile: 312.277.2343
*docanales@duanemorris.com*
*mabradford@duanemorris.com*